✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court 6/16/2021 on the following ☐ Patents or    ☐ Trademarks:

| DOCKET NO.<br>2:21-cv-01829-DCN | DATE FILED 6/16/2021 | U.S. DISTRICT COURT South Carolina |
|---|---|---|
| PLAINTIFF<br> Stipkala & Klosowski, LLC<br> 5401 Netherby Lane Ste 102-A<br> North Charleston, SC 29420 | | DEFENDANT<br> Thrive Law & Consulting, LLC, et al<br><br> Minneapolis, MN |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,370,066 | 7/16/2013 | Stipkala, LLC |
| 2 | 6,376,968 | 6/8/2021 | Stipkala & Klosowski, LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>       Robin L. Blume | (BY) DEPUTY CLERK<br>       J. Bryan | DATE<br>6/17/2021 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**