THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Stipkala & Klosowski LLC d.b.a. Thrive IP®
              Plaintiff,              Civil Action No.: 2:21-cv-01829-DCN

v.

Thrive Law & Consulting LLC,
        and
Katherine Corinne Bischoff,
              Defendants.

_____

**NOTICE OF SERVICE**

      Pursuant to Federal Rule of Civil Procedure 4, Plaintiff Stipkala & Klosowski LLC d.b.a. Thrive IP® hereby provides notice that Defendants Thrive Law & Consulting LLC and Katherine Corinne Bischoff were served with the Summons, Complaint, and Exhibits 1-6 on July 27, 2021. Exhibits 1 and 2 are the Returns of Service affidavits signed by the process server showing proof of service on each Defendant.

Dated: August 11, 2021                Respectfully submitted,

                                            <u>s/Jeremy M. Stipkala</u>
                                            Jeremy M. Stipkala (Fed. Id. No. 10479)
                                            THRIVE IP®
                                            5401 Netherby Lane
                                            Suite 1201
                                            North Charleston, SC 29420
                                            Tel:  843.580.9057
                                            Fax:  866.747.2595
                                            Jeremy.Stipkala@Thrive-IP.com

                                            *Attorney for Plaintiff*