# EXHIBIT 1

Return of Service
Affidavit of Service on Defendant Katherine Corinne Bischoff

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 2:21-CV-01829-DCN

Plaintiff:
**STIPKALA & KLOSOWSKI LLC d.b.a THRIVE IP**
vs.
Defendant:
**THRIVE LAW & CONSULTING LLC and KATHERINE CORINNE BISCHOFF**

For: Thrive IP

Received by Accel Process Service, Inc. on the 26th day of July, 2021 at 1:57 pm to be served on **KATHERINE CORINNE BISCHOFF, ESQ., 5725 Wentworth Ave S., Minneapolis, MN 55419**. I, Jim Sutcliffe, do hereby affirm that on the 27th day of July, 2021 at 1:020 m., executed service by delivering a true copy of the SUMMONS, COMPLAINT, EXHIBITS 1-6 in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.
( ) SUBSTITUTE SERVICE: By serving _____ as _____
( ) POSTED SERVICE: After attempting service on __/__ at ___ and on __/__ at ___ to a conspicuous place on the property described herein.
( ) NON SERVICE: For the reason detailed in the Comments below.
Military Status: ( ) Yes or ( ) No   If yes, what branch? _____
Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

Age 55  Sex M(X)  Race W  Height 5,9  Weight 190  Hair Black  Glasses Y N(X)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing (Document) and that the facts stated in it are true.

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

Accel Process Service, Inc.
10485 Hazel Street
Largo, FL 33778
(727) 492-0651

Our Job Serial Number: 2021002157

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1w