# EXHIBIT 2

Return of Service
Affidavit of Service on Defendant Thrive Law & Consulting LLC

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 2:21-CV-01829-DCN

Plaintiff:
**STIPKALA & KLOSOWSKI LLC d.b.a THRIVE IP**
vs.
Defendant:
**THRIVE LAW & CONSULTING LLC and KATHERINE CORINNE BISCHOFF**

For: Thrive IP

Received by Accel Process Service, Inc. on the 26th day of July, 2021 at 1:57 pm to be served on **THRIVE LAW & CONSULTING LLC, KATHERINE CORINNE BISCHOFF, ESQ. as Registered Agent, 5725 Wentworth Ave S., Minneapolis, MN 55419.** I, __Jim Sutcliffe__, do hereby affirm that on the __27th__ day of __July__, 20__21__ at __1:00__ __pm__., executed service by delivering a true copy of the **SUMMONS, COMPLAINT, EXHIBITS 1-6** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving __Katherine Bischoff__ as __CEO__

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age __55__ Sex M (X) Race __white__ Height __5,9__ Weight __190__ Hair __Black__ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing (Document) and that the facts stated in it are true.

PROCESS SERVER # __N/A__
Appointed in accordance with State Statutes

Accel Process Service, Inc.
10485 Hazel Street
Largo, FL 33778
(727) 492-0651

Our Job Serial Number: 2021002156

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1w